# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAMIDULLAH,
 Detainee,
 United States Air Force Base at
 Bagram, Afghanistan, and

WAKEEL KHAN
 as Next Friend to HAMIDULLAH

  Petitioners,

   v.

BARACK OBAMA
 President of the United States,

ROBERT M. GATES
 Secretary of Defense,

COL. JACK L. BRIGGS II
 Commander,

 and

JOHN AND/OR JANE DOES Nos. 1 - 5,
 Custodians,

  Respondents.

Civil Action No. 10-758 (JDB)

## ORDER

Petitioner filed a writ of habeas corpus in this Court on May 10, 2010. It does not appear from the record that the petition has been served on any of the above captioned respondents. Accordingly, it is hereby

**ORDERED** that petitioner shall, by not later than October 28, 2010, file a status report with the Court either (1) providing proof that respondents have been served with the petition, or

(2) providing the Court with a written explanation as to why service of process has not been completed.

**SO ORDERED**.

_____/s/_____

JOHN D. BATES

United States District Judge

Date:  October 21, 2010